# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | January 21, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 20-cv-0457-bhl |
| CASE NAME: | Wagner v. Metalcraft of Mayville Inc |
| MATTER: | Status Conference |
| APPEARANCES: | Larry A Johnson, Attorney for Plaintiff |
| | Ronald S Stadler and Thomas P Krukowski, Attorneys for Defendant |
| TIME: | 11:51 a.m. – 11:59 a.m. |
| COURTROOM DEPUTY: | Melissa P. |

AUDIO OF THIS HEARING IS AT ECF NO. 35

Counsel for the plaintiff reported that he still has not been able to communicate with plaintiff despite multiple attempts to do so. The Court therefore granted plaintiff's motion to withdraw as counsel and denied defendant's request to impose conditions on counsel's withdrawal. Because plaintiff failed to appear for depositions and failed to communicate with his counsel, the Court dismissed the case with prejudice for plaintiff's failure to prosecute. Because the Court ordered dismissal, the Court also denied defendant's motions for protective orders. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to withdraw as attorney, ECF No. 28, is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED with prejudice** pursuant to Civil L. R. 41(c) for plaintiff's failure to prosecute his case diligently.

**IT IS FURTHER ORDERED** that defendant's two motions for protective orders, ECF No. 18 and ECF No. 22, are **DENIED** as moot.

Dated at Milwaukee, Wisconsin on January 21, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge